ORDERED UNSEALED on 12/15/2023 s/ judepeters

SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERIC SPRUILL,

Defendant.

Case No.: **23mj4465-MSB**

COMPLAINT FOR VIOLATION OF:

Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm

The undersigned complainant being duly sworn states:

COUNT ONE

On or about December 5, 2023, within the Southern District of California, defendant Eric SPRUILL, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a loaded NLX 5.56 caliber firearm bearing serial number 00504; in violation of Title 18, United States Code, Section 922(g)(1).

Jwan Rafo

JWAN RAFO
SPECIAL AGENT, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 12 day of December 2023.

HON. MICHAEL S. BERG
UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

On December 5, 2023, at approximately 7:00 p.m., a San Diego Police Department (SDPD) Officer observed a Mercedes sedan run a stop sign near the intersection of 68th Street and Madrone Avenue. The SDPD Officer initiated a traffic stop of the Mercedes. The driver and sole occupant was identified as Eric SPRUILL. During a pat down for weapons, SPRUILL fled from the Officer on foot. After a chase and physical struggle, officers successfully detained SPRUILL.

A search of the Mercedes revealed a NLX 5.56 caliber rifle-style firearm (bearing serial number 00504) with a high-capacity magazine loaded with 30 rounds of ammunition. SPRUILL was also found to be in possession of cocaine.



**Image of the NLX firearm and ammunition SDPD seized from the Mercedes.**

//

//

//

Records checks on SPRUILL revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 9/6/2012 | CASC – San Diego | PC 487(A) – Grand Theft Money/Labor/Property | 2 years prison |
| 1/14/2019 | CASC – Chino | PC 245(A)(4) – Assault w/Force and possible GBI; PC 29800(A)(1) Felon in Possession of Firearm | 88 months prison |

The NLX firearm was seized and inspected. Preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in, and/or affected interstate commerce to arrive in the state of California.

**<u>REQUEST FOR SEALING</u>**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.